MARGARET BASSIN, &c., et al., respondents,

*v.*

ENOCH-PEARL CO. et al., appellants.

[Submitted June 2d, 1947.  Decided September 12th, 1947.]

430

432

*Messrs. Sandles & Sandles (Mr. William Furst, of counsel), for the appellants.*

*Messrs. Koestler & Koestler (Mr. Melvin J. Koestler,* of counsel), for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McGEEHAN, McLEAN, SCHETTINO, JJ.   14.

*For reversal*—None.